UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CASE NO. : 1:23 CV 1125
JUDGE: SOLOMON OLIVER, JR.

**MARIO D. BLUE**
4212 East 186th Street
Cleveland, Ohio 44122
*Plaintiff,*

**FILED**

SEP 11 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

VS.

**PLAINTIFFS DIRECTIVES**

**TRANSUNION, LLC.**
P.O. Box 805
Woodlyn, Pennsylvania 19094
*Defendant.*

Now comes Plaintiff, Prose', to enter a verification notice to the Court that a copy of the September 5th, 2023 Order was received by Defendants legal counsel William Huse on September 10th, 2023 at whuse@schuckitlaw.com and by USPS first class mail at William M. Huse, Esq. (OH #0076942) Schuckit & Associates, P.C. 4545 Northwestern Drive, Zionsville, IN 46077.

Respectfully submitted,

Mario D. Blue
4212 E186th Street
Cleveland Ohio, 44122
Pro se

## Certificate of Service

A copy of the following foregoing " **PLAINTIFFS DIRECTIVES"** has been sent by ordinary USPS Mail to all parties or their attorneys this 11th day of September, 2023:

**TRANSUNION, LLC.**
P.O. Box 805
Woodlyn, Pennsylvania 19094


William M. Huse, Esq. (OH #0076942)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

whuse@schuckitlaw.com