ATTACHMENT 1  FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SEP 14 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Mario D. Blue )  Case No.: 1:23 CV 1125
Plaintiff )
) JUDGE Solomon Oliver, Jr.
)
v. ) REPORT OF PARTIES' PLANNING
) MEETING UNDER FED. R. CIV.
Trans Union, LLC. ) P. 26(f) AND L.R. 16.3(b)
Defendant )

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on September 12, 2023 and was attended by:

Mario Blue, pro se _____counsel for plaintiff(s) _____

_____counsel for plaintiff(s) _____

Mason A. Moody _____counsel for defendant(s) Trans Union, LLC_____

_____ counsel for defendant(s) _____

2. The parties:

____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

_X_ will exchange such disclosures by September 13, 2023;

____ have not been required to make initial disclosures.

3. The parties recommend the following track:

5

\_\_\_\_\_ Expedited        \_\_X\_\_ Standard        \_\_\_\_\_ Complex

\_\_\_\_\_ Administrative        \_\_\_\_\_ Mass Tort

  4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

\_\_\_\_\_ Early Neutral Evaluation        \_\_\_\_\_ Mediation        \_\_\_\_\_ Arbitration

\_\_\_\_\_ Summary Jury Trial        \_\_\_\_\_ Summary Bench Trial

\_\_X\_\_ Case not suitable for ADR

  5. The parties \_\_\_\_\_ do/ \_\_X\_\_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

  6. Recommended Discovery Plan:

  (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

  (b) Discovery cut-off date: May 20, 2024

  7. Recommended dispositive motion date: July 20, 2024

  8. Recommended cut-off date for amending the pleadings and/or adding additional parties: October 20, 2023

6

9. Recommended date for a Status Hearing: <u>December 12, 2023</u>

10. Other matters for the attention of the Court:

<u>Mario Blue, pro se</u>

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

<u>  Mason A. Moody                          </u>

Attorney for Defendant(s) <u>Trans Union, LLC</u>

_____

Attorney for Defendant(s) _____

7

## Certificate of Service

A copy of the following foregoing " **REPORT OF PARTIES PLANNING MEETING UNDER FED.R.CIV.P 26(F) AND L.R. 16.3(B)** " has been sent by ordinary USPS Mail to all parties or their attorneys this 14th day of September, 2023:

**TRANSUNION, LLC.**
P.O. Box 805
Woodlyn, Pennsylvania 19094


William M. Huse, Esq. (OH #0076942)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077


whuse@schuckitlaw.com